UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ANTHONY ARMSTEAD | CIVIL ACTION |
| VERSUS | |
| JASON KENT, ET AL. | NO. 19-00086-BAJ-SDJ |

### RULING AND ORDER

Before the Court is Petitioner's **Petition Under 28 U.S.C. § 2254 For Writ Of Habeas Corpus By A Person In State Custody (Doc. 1).** The Motion is opposed. (Doc. 9). Petitioner filed a Response. (Doc. 13). The Magistrate Judge issued a **Report and Recommendation (Doc. 15)**, recommending that the Court deny Petitioner's Petition for habeas corpus relief, dismiss this proceeding, and deny Petitioner a certificate of appealability. There are no objections to the Magistrate Judge's Report.

Having carefully considered Petitioner's Petition and related filings, the Court **APPROVES** the Magistrate Judge's Report and Recommendation and **ADOPTS** it as the Court's opinion in this matter.

Accordingly,

**IT IS ORDERED** that Petitioner's **Petition Under 28 U.S.C. § 2254 For Writ Of Habeas Corpus By A Person In State Custody (Doc. 1)** be and is hereby **DENIED.**

**IT IS FURTHER ORDERED** that the above-captioned matter be and is

1

hereby **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that, in the event that Petitioner pursues an appeal in this case, a certificate of appealability be and is hereby **DENIED** because reasonable jurists would not debate the denial of Petitioner's Petition or the correctness of the substantive ruling.

Judgement shall be entered separately.

Baton Rouge, Louisiana, this 15th day of February, 2022

_____
**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

2